# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ____Hagåtña____

Country/Parish ____N/A____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00119**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name ____Can Feng Chen____

Allisas Name _____

Address _____

Birth date __XX/XX/1977__  SS# __N/A__  Sex __M__  Race __A__  Nationality __Peoples Republic of China__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

Interpreter: ____ No __X__ Yes    List language and/or dialect: __Mandarin Chinese__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED DEC 27 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) and § 2 | FALSE SWEARING IN IMMIGRATION MATTER | 1 |
| Set 2 | ~~18 U.S.C. § 1546(b)(3)~~ and ~~§ 2~~ | ~~USE OF FALSE STATEMENT IN IMMIGRATION MATTER~~ | ~~2~~ |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __12/27/06__    Signature of AUSA: _____