LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAN FENG CHEN, <br><br> Defendant. | CRIMINAL CASE NO. 06-00119 <br><br> **INDICTMENT** <br><br> **FALSE SWEARING IN IMMIGRATION MATTER** <br> [18 U.S.C. § 1546(a) and § 2] |

THE GRAND JURY CHARGES:

## FALSE STATEMENT IN IMMIGRATION MATTER

On about March 18, 2004, in the District of Guam and elsewhere, the defendant herein, CAN FENG CHEN, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. §1746 a false statement with respect to a material fact in an application or other document required by the immigration laws or regulations prescribed thereunder, to wit, an Application for Asylum and for Withholding of Removal (Form I-589) and Affidavit, wherein the defendant subscribed that he was Chen Long, which said statement the defendant then and there knew was false, in that the

**ORIGINAL**

defendant's true name is CAN FENG CHEN, in violation of Title 18, United States Code Section 1546(a) and §2.

Dated this 27 day of December, 2006.

A TRUE BILL.

_____
Irene Mafnas
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
JEFFERY J. STRAND
First Assistant U.S. Attorney

- 2 -