# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00119          DATE: December 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 1:49:15 - 2:00:13
CSO: L. Ogo / B. Pereda

**APPEARANCES:**
Defendant: Can Feng Chen        Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas     U.S. Agent: Tim Conway, U.S. Immigration
U.S. Probation: Maria Cruz         U.S. Marshal: C. Marquez
Interpreter: Julia Berg             Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: February 27, 2007 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: