DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00119 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| CAN FENG CHEN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 29th day of December, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

FILED
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL