# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00119-001                    DATE: January 25, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:09:16 - 10:33:00
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Can Feng Chen                 Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas       U.S. Agent:
U.S. Probation: Maria Cruz               U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Foo Mee Chun Clinard        Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: May 15, 2007 at 9:30 a.m.
- Presentence Report due to the parties: March 20, 2007
- Presentence Report due to the Court: April 30, 2007
- Parties requested for an expedited sentencing date. The Probation Officer acknowledged the request and will notify parties accordingly, at which time they may move for an earlier sentencing date.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: