IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEA OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| CAN FENG CHEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The defendant, by consent, has appeared before me pursuant to Rule 11 of the Federal

Rules of Criminal Procedure, and has entered a plea of guilty to an Indictment charging him

with False Swearing in an Immigration Matter, in violation of 18 U.S.C. § 1546(a).  After

examining the defendant under oath, I have determined that the defendant is fully competent

and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and

voluntarily made, and that the offense charged is supported by an independent basis in fact

///
///
///
///
///
///
///

1 establishing each of the essential elements of such offense. I therefore recommend that the plea

2 of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed

3 accordingly.

4         IT IS SO RECOMMENDED.

5         DATED this 25th day of January 2007.



9         **/s/ Joaquin V.E. Manibusan, Jr.**

10         **U.S. Magistrate Judge**

11

12                         **NOTICE**

13 **Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States**

14 **District Judge. 28 U.S.C. § 636(b)(1)(B).**

15

16

17

18

19

20

21

22

23

24

25

26

27

28