RECEIVED
DEC 27 2006
US MARSHALS SERVICE-GUAM

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

CAN FENG CHEN

**WARRANT FOR ARREST**

Case Number: CR-06-00119-00

FILED
DISTRICT COURT OF GUAM
FEB -6 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ____CAN FENG CHEN____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

**FALSE SWEARING IN IMMIGRATION MATTER**

in violation of Title ____18____ United States Code, Section(s) ____1546(a) and 2____

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

_/s/ L.Hernandez_
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**December 27, 2006; Hagatna, Guam**
Date and Location

---

| RETURN |

This warrant was received and executed with the arrest of the above-named defendant at

_Hagatna, Guam_

| DATE RECEIVED 12/28/06 | NAME AND TITLE OF ARRESTING OFFICER Timothy C. _____ SA ICE | SIGNATURE OF ARRESTING OFFICER for SA T. Conway |
| DATE OF ARREST 12/29/06 1020 | | |

ORIGINAL

Case 1:06-cr-00119   Document 10   Filed 02/06/2007   Page 1 of 2

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **CAN FENG CHEN**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____