AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

**NOTICE**

V.

**Can Feng Chen**          CASE NUMBER: **CR-06-00119-001**

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Monday, June 18, 2007 at 11:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Tuesday, June 19, 2007 at 9:00 a.m.** |
|---|---|---|

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**June 18, 2007**          /s/ Leilani R. Toves Hernandez
DATE          (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service

Case 1:06-cr-00119    Document 14    Filed 06/18/2007    Page 1 of 1