# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00119-001  DATE: June 19, 2007

**HON. FRANCES M. TYDINGCO-GATEWOOD**, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:19:16 - 9:39:50
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Can Feng Chen  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Erfel Matanguihan, I.C.E.
U.S. Probation: Carleen Borja  U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Chung Harrell  Language: Mandarin

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>one year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service for processing.

**NOTES:**